### (January 25, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERDINAND GUADALUPE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 5, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with the appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Fein, Sullivan and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY LAWRENCE, Appellant.—Judgment, Supreme Court, New York County, rendered on March 7, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with the appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Fein, Sullivan and Lupiano, JJ.

■ KEEL MANUFACTURING, INC., Respondent, v RALEIGH RECORDS, INC., et al., Appellants, and DAVID I. BURSTEIN et al., Respondents.—Order, Supreme Court, New York County, entered on June 29, 1978, unanimously affirmed. Petitioner-respondent shall recover of the respondents-appellants $50 costs and disbursements of this appeal. Application at time of oral argument by Louis Savrin, Esq., for permission to have William A. Zucker, Esq., a Massachusetts attorney, to argue this appeal for the petitioner-respondent granted. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Lupiano, JJ.